UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:25-CV-00070-HBB

JOSHUA D. YORK                                                                    PLAINTIFF

v.

OFFICER TIM JACKSON, in his individual capacity                    DEFENDANT

---

### MOTION TO DISMISS

---

Comes the Defendant, Officer Tim Jackson, in his individual capacity, by and through counsel, and hereby respectfully moves this Court to dismiss the Plaintiff's Complaint and First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. A supporting memorandum of law and proposed order are attached hereto.

Respectfully submitted,

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782

*/s/ Aaron D. Smith*
AARON D. SMITH
JESSICA R. SHOULDERS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, and mailed a true and accurate copy via U.S. Mail to the following:

Joshua D. York
3652 Chalybeate Road
Smiths Grove, KY 42171

*/s/ Aaron D. Smith*
AARON D. SMITH